

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Casandra Renee Beaver,

\* From the 104th District Court
  of Taylor County,
  Trial Court No. 17100B.

Vs. No. 11-17-00222-CR

\* April 19, 2018

The State of Texas,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Willson, J.,
  Bailey, J., and Wright, S.C.J.,
  sitting by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.